IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **OTTAWA NORTHERN RAILROAD, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 23-2363-KHV |
| | ) | |
| **CITY OF BALDWIN, KANSAS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion For Default Judgment Against Defendant J. Warren Co., Inc. (Doc. #42) filed October 11, 2023.  For reasons stated below, the Court construes plaintiff's motion only as a motion for entry of default and sustains plaintiff's motion.

Plaintiff asks the Court to enter default judgment on its claims against J. Warren Company, Inc.  Rule 55, Fed. R. Civ. P., however, contemplates a two-step process by which a party first receives an entry of default under Rule 55(a) and then applies for default judgment under Rule 55(b).  See Garrett v. Seymour, 217 F. App'x 835, 838 (10th Cir. 2007) (entry of default under Rule 55(a) is prerequisite for entry of default judgment under Rule 55(b)).  Because plaintiff cannot proceed directly to default judgment, the Court construes its motion as one for entry of default.

On August 23, 2023, plaintiff effected service upon defendant.  Under Rule 12(a)(1)(A)(i), Fed. R. Civ. P., defendant had 21 days, or until September 13, 2023, to file an answer or otherwise respond to plaintiff's claims.  Defendant has not done so.  Because defendant has failed to plead or otherwise defend the claims, plaintiff is entitled to an entry of default under Rule 55(a).

-2-

**IT IS THEREFORE ORDERED** that Plaintiff's Motion For Default Judgment Against Defendant J. Warren Co., Inc. (Doc. #42) filed October 11, 2023, which the Court construes only as a motion for entry of default, is **SUSTAINED.  The Court directs the Clerk to enter default against defendant J. Warren Company, Inc. on the claims set forth in plaintiff's complaint**.

Dated this 7th day of November, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge